NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOFTWARE RIGHTS ARCHIVE, LLC,**
*Appellant*

**v.**

**FACEBOOK, INC., LINKEDIN CORPORATION, TWITTER, INC.,**
*Appellees*

---

2015-1648

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00478.

---

**JUDGMENT**

---

VICTOR G. HARDY, DiNovo, Price, Ellwanger & Hardy LLP, Austin, TX, argued for appellant. Also represented by MINGHUI YANG; MARTIN MOSS ZOLTICK, SOUMYA PANDA, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for all appellees. Facebook, Inc. also represented by LOWELL D. MEAD, CARRIE J. RICHEY, MARK R. WEINSTEIN.

DAVID SILBERT, Keker & Van Nest, LLP, San Francisco, CA, for appellees LinkedIn Corporation, Twitter, Inc. Also represented by SHARIF E. JACOB, PHILIP J. TASSIN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 17, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |